# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 19, 2012

No. 12-30498
Summary Calendar

Lyle W. Cayce
Clerk

CALVIN J. PARKER,

Plaintiff-Appellant

v.

TURNER INDUSTRIES GROUP, L.L.C.,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-1238

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Calvin J. Parker appeals the district court's dismissal of his employment discrimination case against Defendant-Appellee Turner Industries Group, L.L.C. ("Turner") on the ground of judicial estoppel. Specifically, Parker failed to inform the bankruptcy court in which he and his wife had filed a Chapter 13 bankruptcy petition three weeks before his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-30498

employment termination that he subsequently filed the instant employment discrimination lawsuit grounded in racial discrimination.

In a lengthy, well-reasoned Order and Reasons, the district court explained its grant of Turner's motion for summary judgment and dismissal of Parker's suit.  Our review of the record on appeal, including the briefs of the parties and the applicable law as explicated therein and by the district court in its Order and Reasons, satisfies us that the district court's judgment of dismissal should be, and therefore is,

AFFIRMED.